People of the State of Illinois, Defendant in Error, v. Nathan Friedman, Plaintiff in Error.

Gen. No. 40,954.

People of the State of Illinois, Defendant in Error, v. Oscar H. Friedman, Plaintiff in Error.

Gen. No. 40,955.

468

opinion filed December 5, 1939. Folsom Grossberg, Butler & Brill, for plaintiffs in error; Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Blair L. Varnes and Melvin S. Rembe, Assistant State's Attorneys, of counsel. Opinion by JUSTICE SCANLAN. "Not to be published in full."